## PEARSON *v.* THE STATE.

The bill of exceptions having been served on the 5th day of August, and the record not having been transmitted to this court until August 22d, the writ of error must be dismissed, it affirmatively appearing that the case was not brought to this court within the time prescribed by law. Acts of 1890–91, vol. 1, p. 108; Code, §3213; *Calloway* v. *The State,* 91 *Ga.* 112, 16 S. E. Rep. 379.

October 24, 1893.                                    *Writ of error dismissed.*

M. G. BAYNE, for plaintiff in error.

W. H. FELTON, Jr., solicitor-general, *contra.*

---

## POPE *v.* THE STATE.

The bill of exceptions having been served on July 28th, and the record not having been transmitted to this court until August 22d, being more than fifteen days from the date of such service, the case has not been brought to this court in the manner prescribed by law, and the writ of error must be dismissed. Acts 1890–91, vol. 1, p. 108; Code, §3213 ; *Calloway* v. *The State,* 91 *Ga.* 112, 16 S. E. Rep. 379.                                *Writ of error dismissed.*

October 24, 1893.

R. C. JORDAN and R. L. ANDERSON, for plaintiff in error.

W. H. FELTON, Jr., solicitor-general, *contra.*

---

## JACKSON *v.* THE STATE.

The act of September 7th, 1891, "to provide for the more speedy determination of criminal cases," having made the practice in reference to bills of exceptions in cases of injunctions applicable to bills of exceptions in criminal cases, the latter must be signed and certified within twenty days from the date of the judgment complained of. And it having been repeatedly ruled by this court in cases of injunction that this provision of the law is imperative and that no excuse will be heard for a failure to comply with the same, it follows that where a judgment refusing a new trial in a criminal case was rendered on the 2d day of August, and the bill of exceptions was not signed and certified until the 9th day of September thereafter, the writ of error must be dismissed, although the judge certifies that he was absent from the State from August